```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

CARRIE PLATT,                    )
                                 )
        Plaintiff,               )
v.                               )
                                 )       No. 3:05-0162
WALGREEN INCOME PROTECTION       )       JUDGE ECHOLS
PLAN FOR STORE MANAGERS and      )
METROPOLITAN LIFE INSURANCE      )
COMPANY,                         )
                                 )
        Defendants.              )

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1) Defendants' Motion for Judgment on the Administrative Record (Docket Entry No. 38) is hereby DENIED.

(2) Plaintiff's Motion for Judgment on the Record (Docket Entry No. 40) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to the extent that the Court hereby remands the case to Metropolitan Life Insurance Company with instructions to reconsider its decision to terminate Plaintiff's long-term disability benefits and to conduct a full and fair review in light of this opinion. The Motion is DENIED to the extent Plaintiff asked the Court to award benefits in her favor.

(3) This case is hereby DISMISSED WITH PREJUDICE.

1

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE