UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARRIE PLATT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 3:05-0162 |
| WALGREEN INCOME PROTECTION | ) JUDGE ECHOLS |
| PLAN FOR STORE MANAGERS and | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1) Plaintiff's Motion For An Amended Judgment (Docket Entry No. 49) is hereby DENIED.

(2) Plaintiff's Motion For Attorneys' Fees (Docket Entry No. 51) is hereby DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE